STEVENS & MCMILLAN
HEATHER MCMILLAN (BAR NO. 188939)
MIMI AHN (BAR NO. 299368)
334 Centennial Way
Tustin, CA 92780
Telephone:   (714) 730-1000
Facsimile:    (714) 730-1067
heather@scmclaw.com

Attorneys for Plaintiff,
JOHN DALEIDEN

LEWIS BRISBOIS BISGARRD & SMITH LLP
SARA M. POGGI
JEFFREY S. RANEN
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Telephone:   (213) 250-1800
Facsimile:    (213) 250-7900
jeffrey.ranen@lewisbrisbois.com
sara.poggi@lewisbrisbois.com

Attorneys for Defendant,
AMF BOWLING CENTERS INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| JOHN DALEIDEN,<br><br>              Plaintiff,<br><br>v.<br><br>AMF BOWLING CENTERS INC.<br>dba  BOWLMOR AMF CENTERS<br>and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.:    8:16-cv-00760 CJC(AJWx)<br><br>[Assigned for All Purposes to:  The Hon.<br>Cormac J. Carney]<br>Courtroom:  9b<br>**[PROPOSED]** ~~ORDER FOR~~<br>**STIPULATED PROTECTIVE ORDER**<br><br><br>Action filed: March 15, 2016<br>Trial date:          None set |

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: December 7, 2016                    _____

                                                     United States Magistrate Judge